**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Levander MEADERS, Defendant–**
**Appellant.**

**No. 14–7304.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Levander Meaders, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Levander Meaders appeals the district court's order denying his motion for reconsideration of his sentence. We have reviewed the record and find no reversible

---

error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Meaders,* No. 1:04–cr–00373–CCE–3 (M.D.N.C. Aug. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*